# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Anthony K. Anderson,

    Plaintiff

vs.

James G. Cox, *et al.*,

    Defendants

Case No. 2:15-cv-2504-JAD-PAL

**ORDER DISMISSING AND CLOSING CASE**

After I denied Anthony Anderson's request for pauper status and his motion to reconsider that ruling, I gave him until June 24, 2016, to pay the full $400.00 filing fee if he wants to proceed with this action. I cautioned, "If Anderson fails to pay the full filing fee by this deadline, this action will be dismissed without prejudice and without further notice."[1] The June 24, 2016, deadline passed without Anderson paying the filing fee.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice, and the Clerk of Court is directed to CLOSE THIS CASE.

Dated this 29th day of June, 2016

_____
Jennifer Dorsey
United States District Judge

---

[1] ECF No. 5 at 2.